UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Alexis Masanga,
        Plaintiff(s),                      Case No. 25-12742

v.                                       Honorable Susan K. DeClercq
                                           United States District Judge

Wal-Mart Inc.,
        Defendant(s).
_____/

## SCHEDULING ORDER FOR CIVIL CASE (PHASE I)

**You will not receive additional notice of these dates**. Some deadlines might be shorter than the Local Rules or Federal Rules provide. All time will be calculated under Civil Rule 6(a). More details follow below, so please read this Order carefully.

| Event | Date |
| --- | --- |
| Exchange of Rule 26(a)(1) Initial Disclosures | 10/28/2025 |
| Pleading amendment and Joinder deadline | 12/19/2025 |
| Mid-discovery status conference via Teams | 2/19/2026 at 1:30 p.m. |
| Exchange of witness lists-Lay | 4/13/2026 |
| Fact discovery cutoff | 5/20/2026 |
| ADR to be completed by | 6/19/2026 |
| Plaintiff Expert disclosures due | 4/21/2026 |
| Defendant expert disclosures due | 5/19/2026 |
| Status conference via Teams | 6/23/2026 at 2:00 p.m. |
| Expert discovery cutoff | 6/5/2026 |

    **IT IS SO ORDERED**.

                                                /*s/Susan K. DeClercq*
                                                SUSAN K. DeCLERCQ
                                                United States District Judge

Dated: October 15, 2025